*IRWIN* vs. *ROBB.*

APPEAL from the court of the fifth district.

PORTER, J. delivered the opinion of the court.

An appeal
brought up,
without a
statement of
facts, bill of
exceptions,
&c. so that
the proceed-
ings in the
inferior court
cannot be ex-
amined, is ev-
er considered
as a frivolous
one.

The appellant having taken this appeal in a case where there is neither statement of facts, bill of exceptions, nor any other matter which will enable the court to revise the judgment of that of the first instance, the appellee has brought the cause up, and prayed that the decree given below may be affirmed with ten per cent. damages. It is the settled jurisprudence of this tribunal, that an appeal taken under such circumstances, can be considered in no other light but for the purposes of delay.

It is therefore ordered, adjudged and de-

creed, that the judgment of the district court be confirmed with costs, and ten per centum damages on the amount of said judgment.

IRWIN
*vs.*
ROBB.

*Todd* for the plaintiff, *Lesassier & Brownson* for the defendant.